NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STERLING DEVELOPMENT &  )
CONSTRUCTION CORPORATION, )
)
Petitioner, )
)
v. ) Case No. 2D20-755
)
LAKE JOVITA HOMEOWNER'S )
ASSOCIATION, INC.; RONNIE L. )
DEESE; THOMAS J. WIELAND, )
RAVISHANKAR RAO, as co-trustee )
of the Rao/Sastry Revocable Trust, )
dated June 5, 2017; and VATSALA )
SASTRY, as co-trustee of the )
Rao/Sastry Revocable Trust dated )
June 5, 2017, )
)
Respondents. )
_____ )

Opinion filed September 25, 2020.

Petition for Writ of Certiorari to the
Circuit Court for Pasco County;
Gregory G. Groger, Judge.

Jared J. McCabe of The McCabe Law
Firm, Tampa, for Petitioner.

Matthew D. Jones, Mark N. Miller, and
Kristie Hatcher-Bolin of GrayRobinson,
P.A., Lakeland, for Respondents.

PER CURIAM.

Denied in part; dismissed in part.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.